PAPERLESS PAY | My Other Sites    My Other Solutions    Hide Screen    YOHANNA M NUNEZ | My Account | Log Out



Alerts and Settings | Help | October 17, 2016
English  Español  Français

Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History    **PayStub Details**    PayStub Comparison

Print

[ < Previous PayStub ]    Pay Date: 09/29/2016 - EKWK1 ▼    [ Next PayStub > ]

Rite Aid  
PO Box 3165  
Harrisburg, PA 17105

YOHANNA M NUNEZ  
1735 31ST ST SW  
ALLENTOWN, PA 18103-6436

| | | | |
|---|---|---|---|
| Work Location | STORE 00813 | Pay Advice # | 0 - seq 7099 |
| Employee ID | 1134413 | Period Begin Date | 09/11/2016 |
| Base Pay Rate | $14.29 | Period End Date | 09/24/2016 |
| Overtime Rate | $21.4350 | Pay Frequency | Bi-weekly |
| Tax Co | 639 RITE AID OF PENNSYLVANIA INC D/B/A | | |
| Rite Aid | | | |

Expand All    Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 0 | |
| Primary State | PA | Married | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**
Did you know? Smiling improves your mood, reduces stress, makes you appear more approachable, is contagious, boosts productivity, and best of all, is free!

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 14.29 | 40.00 | $571.60 | $18,270.35 |
| NIGHT PREM | 0.50 | | $0.08 | $0.08 |
| OVERTIME | 21.43 | 6.35 | $136.12 | $183.39 |
| HOLIDAY | | | $0.00 | $561.52 |
| PERSONAL HOLIDAY | | | $0.00 | $561.94 |
| VACATION | 14.29 | 38.92 | $556.17 | $1,699.37 |
| FUNERAL | | | $0.00 | $114.32 |
| Total Earnings : | | 85.27 | $1,263.97 | $21,390.97 |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| HMK HLTH FUND 90 | $134.40 | $2,438.40 |
| Total Pre-Tax : | $134.40 | $2,438.40 |

| Taxes | This Period | YTD |
|---|---|---|
| FEDERAL TAX | $84.44 | $1,241.94 |
| FICA-SOC SEC TAX | $70.03 | $1,175.06 |
| FICA-MEDICARE TX | $16.38 | $274.81 |
| PA STATE TAX | $34.68 | $581.85 |
| PA LOCAL TAX | $18.53 | $312.62 |
| SUTA | $0.88 | $14.95 |
| LST TAX | $2.00 | $40.00 |
| Total Taxes : | $227.04 | $3,641.23 |

| After-Tax Deductions/Deposits | This Period | YTD |
|---|---|---|
| DIRECT DEPOSIT | $873.95 | $14,753.18 |
| UNION DUES | $28.58 | $558.16 |
| Total After-Tax Pay : | $902.53 | $15,311.34 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Deposit/Payment : | $873.95 | $14,753.18 |

**Paid Time Off**

| Description | Available Hours |
|---|---|
| Vacation | .00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,263.97 | $21,390.97 |
| Pre-Tax Deductions | $134.40 | $2,438.40 |
| Federal Taxable Wages | $1,129.57 | $18,952.57 |
| Social Security Taxable Wages | $1,129.57 | $18,952.57 |
| Medicare (HI) Taxable Wages | $1,129.57 | $18,952.57 |
| State Taxable Wages | $1,129.57 | $18,952.57 |
| Local Taxable Wages | $1,129.57 | $18,952.57 |
| Total Taxes | $227.04 | $3,641.23 |
| After-Tax Deductions | $902.53 | $15,311.34 |
| Net Deposit/Payment | $873.95 | $14,753.18 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $873.95 | <...0280> | Bank of America, National Association |

< Previous PayStub                                              Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.

Hide Screen                    Privacy Policy  |  Terms and Conditions

Alerts and Settings | Help | October 17, 2016
English  Español  Français



Main Menu        PayStubs        Direct Deposit        More

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

< Previous PayStub                  Pay Date: 09/15/2016 EKWK1 ▼                  Next PayStub >

Rite Aid                                YOHANNA M NUNEZ
PO Box 3165                             1735 31ST ST SW
Harrisburg, PA 17105                    ALLENTOWN, PA 18103-6436

| | | | |
|---|---|---|---|
| Work Location | STORE 00813 | Pay Advice # | 0 - seq 7076 |
| Employee ID | 1134413 | Period Begin Date | 08/28/2016 |
| Base Pay Rate | $14.29 | Period End Date | 09/10/2016 |
| Overtime Rate | $21.4350 | Pay Frequency | Bi-weekly |
| Tax Co | 639 RITE AID OF PENNSYLVANIA INC D/B/A | | |
| Rite Aid | | | |

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 0 | |
| Primary State | PA | Married | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**
You may update your personal information through ePayroll. You can link to the
site through rNation. Select the Personal Information link to make updates.

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 14.29 | 63.48 | $907.13 | $17,698.75 |
| OVERTIME | | | $0.00 | $47.27 |
| HOLIDAY | 14.29 | 8.00 | $114.32 | $561.52 |
| PERSONAL HOLIDAY | | | $0.00 | $561.94 |
| VACATION | | | $0.00 | $1,143.20 |
| FUNERAL | | | $0.00 | $114.32 |
| Total Earnings : | | 71.48 | $1,021.45 | $20,127.00 |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| HMK HLTH FUND 90 | $134.40 | $2,304.00 |
| Total Pre-Tax : | $134.40 | $2,304.00 |

| Taxes | This Period | YTD |
|---|---|---|
| FEDERAL TAX | $55.82 | $1,157.50 |
| FICA-SOC SEC TAX | $55.00 | $1,105.03 |
| FICA-MEDICARE TX | $12.86 | $258.43 |
| PA STATE TAX | $27.23 | $547.17 |
| PA LOCAL TAX | $14.63 | $293.99 |
| SUTA | $0.72 | $14.07 |
| LST TAX | $2.00 | $38.00 |
| Total Taxes : | $168.26 | $3,414.19 |

| After-Tax Deductions/Deposits | This Period | YTD |
|---|---|---|
| DIRECT DEPOSIT | $690.21 | $13,879.23 |
| UNION DUES | $28.58 | $529.58 |
| Total After-Tax Pay : | $718.79 | $14,408.81 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Deposit/Payment : | $690.21 | $13,879.23 |

**Paid Time Off**

| Description | Available Hours |
|---|---|
| Vacation | 38.92 |

| Pay Summary | This Period | YTD |
|---|---|---|


| | | |
|---|---:|---:|
| Earnings | $1,021.45 | $20,127.00 |
| Pre-Tax Deductions | $134.40 | $2,304.00 |
| Federal Taxable Wages | $887.05 | $17,823.00 |
| Social Security Taxable Wages | $887.05 | $17,823.00 |
| Medicare (HI) Taxable Wages | $887.05 | $17,823.00 |
| State Taxable Wages | $887.05 | $17,823.00 |
| Local Taxable Wages | $887.05 | $17,823.00 |
| Total Taxes | $168.26 | $3,414.19 |
| After-Tax Deductions | $718.79 | $14,408.81 |
| **Net Deposit/Payment** | **$690.21** | **$13,879.23** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $690.21 | <...0280> | Bank of America, National Association |

< Previous PayStub     Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    Hide Screen    Privacy Policy | Terms and Conditions

10/17/2016    Paperless Pay - PayStubs

Case 16-17543-ref    Doc 12    Filed 12/04/16    Entered 12/04/16 14:12:49    Desc Main
Document    Page 5 of 10

PAPERLESS PAY | My Other Sites    My Other Solutions    Hide Space    YOHANNA M NUNEZ | My Account | Log Out

Alerts and Settings | Help | October 17, 2016

English   Español   Français



Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History    **PayStub Details**    PayStub Comparison

Print

[ < Previous PayStub ]     Pay Date: 09/01/2016 - EKWK1 ▼     [ Next PayStub > ]

Rite Aid  
PO Box 3165  
Harrisburg, PA 17105

YOHANNA M NUNEZ  
1735 31ST ST SW  
ALLENTOWN, PA 18103-6436

| | | | |
|---|---|---|---|
| Work Location | STORE 00813 | Pay Advice # | 0 - seq 7139 |
| Employee ID | 1134413 | Period Begin Date | 08/14/2016 |
| Base Pay Rate | $14.29 | Period End Date | 08/27/2016 |
| Overtime Rate | $21.4350 | Pay Frequency | Bi-weekly |
| Tax Co | 639 RITE AID OF PENNSYLVANIA INC D/B/A Rite Aid | | |

Expand All    Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 0 | |
| Primary State | PA | Married | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**
The government offers assistance to those with federal student loan debt. If you have a federal student loan, visit studentaid.ed.gov for repayment options.

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 14.29 | 76.36 | $1,091.18 | $16,791.62 |
| OVERTIME | 21.43 | 0.64 | $13.72 | $47.27 |
| HOLIDAY | | | $0.00 | $447.20 |
| PERSONAL HOLIDAY | | | $0.00 | $561.94 |
| VACATION | | | $0.00 | $1,143.20 |
| FUNERAL | | | $0.00 | $114.32 |
| Total Earnings : | | 77.00 | $1,104.90 | $19,105.55 |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| HMK HLTH FUND 90 | $134.40 | $2,169.60 |
| Total Pre-Tax : | $134.40 | $2,169.60 |

| Taxes | This Period | YTD |
|---|---|---|
| FEDERAL TAX | $64.17 | $1,101.68 |
| FICA-SOC SEC TAX | $60.17 | $1,050.03 |
| FICA-MEDICARE TX | $14.07 | $245.57 |
| PA STATE TAX | $29.79 | $519.94 |
| PA LOCAL TAX | $16.01 | $279.36 |
| SUTA | $0.77 | $13.35 |
| LST TAX | $2.00 | $36.00 |
| Total Taxes : | $186.98 | $3,245.93 |

| After-Tax Deductions/Deposits | This Period | YTD |
|---|---|---|
| DIRECT DEPOSIT | $754.94 | $13,189.02 |
| UNION DUES | $28.58 | $501.00 |
| Total After-Tax Pay : | $783.52 | $13,690.02 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Deposit/Payment : | $754.94 | $13,189.02 |

**Paid Time Off**

| Description | Available Hours |
|---|---|
| Vacation | 38.92 |

| Pay Summary | This Period | YTD |
|---|---|---|

| | | |
|---|---|---|
| Earnings | $1,164.90 | $19,105.55 |
| Pre-Tax Deductions | $134.40 | $2,169.60 |
| Federal Taxable Wages | $970.50 | $16,935.95 |
| Social Security Taxable Wages | $970.50 | $16,935.95 |
| Medicare (HI) Taxable Wages | $970.50 | $16,935.95 |
| State Taxable Wages | $970.50 | $16,935.95 |
| Local Taxable Wages | $970.50 | $16,935.95 |
| Total Taxes | $186.98 | $3,245.93 |
| After-Tax Deductions | $783.52 | $13,690.02 |
| Net Deposit/Payment | $754.94 | $13,189.02 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $754.94 | <...0280> | Bank of America, National Association |

< Previous PayStub         Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.         Hide Screen         Privacy Policy    |   Terms and Conditions

PAPERLESS PAY | My Other Sites | My Other Solutions | Hide Screen | YOHANNA M NUNEZ | My Account | Log Out

Alerts and Settings | Help | October 17, 2016
English  Español  Français

**RITE AID**

Main Menu     PayStubs     Direct Deposit     More

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

< Previous PayStub        Pay Date: 08/18/2016 - EKWK1 ▼        Next PayStub >

Rite Aid                              YOHANNA M NUNEZ
PO Box 3165                           1735 31ST ST SW
Harrisburg, PA 17105                  ALLENTOWN, PA 18103-6436

| | | | |
|---|---|---|---|
| Work Location | STORE 00813 | Pay Advice # | 0 - seq 7164 |
| Employee ID | 1134413 | Period Begin Date | 07/31/2016 |
| Base Pay Rate | $14.29 | Period End Date | 08/13/2016 |
| Overtime Rate | $21.4350 | Pay Frequency | Bi-weekly |
| Tax Co | 639 RITE AID OF PENNSYLVANIA INC D/B/A Rite Aid | | |

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 0 | |
| Primary State | PA | Married | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**
The government offers assistance to those with federal student loan debt. If you have a federal student loan, visit studentaid.ed.gov for repayment options.

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 14.29 | 29.34 | $419.27 | $15,700.44 |
| OVERTIME | | | $0.00 | $33.55 |
| HOLIDAY | | | $0.00 | $447.20 |
| PERSONAL HOLIDAY | | | $0.00 | $561.94 |
| VACATION | 14.29 | 40.00 | $571.60 | $1,143.20 |
| FUNERAL | 14.29 | 8.00 | $114.32 | $114.32 |
| Total Earnings : | | 77.34 | $1,105.19 | $18,000.65 |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| HMK HLTH FUND 90 | $134.40 | $2,035.20 |
| Total Pre-Tax : | $134.40 | $2,035.20 |

| Taxes | This Period | YTD |
|---|---|---|
| FEDERAL TAX | $64.19 | $1,037.51 |
| FICA-SOC SEC TAX | $60.19 | $989.86 |
| FICA-MEDICARE TX | $14.08 | $231.50 |
| PA STATE TAX | $29.80 | $490.15 |
| PA LOCAL TAX | $16.01 | $263.35 |
| SUTA | $0.77 | $12.58 |
| LST TAX | $2.00 | $34.00 |
| Total Taxes : | $187.04 | $3,058.95 |

| After-Tax Deductions/Deposits | This Period | YTD |
|---|---|---|
| DIRECT DEPOSIT | $755.17 | $12,434.08 |
| UNION DUES | $28.58 | $472.42 |
| Total After-Tax Pay : | $783.75 | $12,906.50 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Deposit/Payment : | $755.17 | $12,434.08 |

**Paid Time Off**

| Description | Available Hours |
|---|---|
| Vacation | 38.92 |

| Pay Summary | This Period | YTD |
|---|---|---|

| | | | |
|---|---|---|---|
| Earnings | | $1,140.79 | $18,000.65 |
| Pre-Tax Deductions | | $134.40 | $2,035.20 |
| Federal Taxable Wages | | $970.79 | $15,965.45 |
| Social Security Taxable Wages | | $970.79 | $15,965.45 |
| Medicare (HI) Taxable Wages | | $970.79 | $15,965.45 |
| State Taxable Wages | | $970.79 | $15,965.45 |
| Local Taxable Wages | | $970.79 | $15,965.45 |
| Total Taxes | | $187.04 | $3,058.95 |
| After-Tax Deductions | | $783.75 | $12,906.50 |
| **Net Deposit/Payment** | | **$755.17** | **$12,434.08** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $755.17 | <...0280> | Bank of America, National Association |

< Previous PayStub            Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.     ( Hide Screen )     Privacy Policy | Terms and Conditions



Alerts and Settings | Help | October 17, 2016
English  Español  Français

Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print
[ < Previous PayStub ]    Pay Date: 08/04/2016 - EKWK1 ▼    [ Next PayStub > ]

Rite Aid
PO Box 3165
Harrisburg, PA 17105

YOHANNA M NUNEZ
1735 31ST ST SW
ALLENTOWN, PA 18103-6436

| | | | |
|---|---|---|---|
| Work Location | STORE 00813 | Pay Advice # | 0 - seq 7137 |
| Employee ID | 1134413 | Period Begin Date | 07/17/2016 |
| Base Pay Rate | $14.29 | Period End Date | 07/30/2016 |
| Overtime Rate | $21.4350 | Pay Frequency | Bi-weekly |
| Tax Co | 639 RITE AID OF PENNSYLVANIA INC D/B/A | | |
| Rite Aid | | | |

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Married | 0 | |
| Primary State | PA | Married | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

**Messages**
Associate Appreciation Day will be August 6th. The associate discount will be 30% for you and qualifying members of your immediate family.

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR | 14.29 | 37.37 | $534.02 | $15,281.17 |
| OVERTIME | | | $0.00 | $33.55 |
| HOLIDAY | | | $0.00 | $447.20 |
| PERSONAL HOLIDAY | | | $0.00 | $561.94 |
| VACATION | 14.29 | 40.00 | $571.60 | $571.60 |
| Total Earnings : | | 77.37 | $1,105.62 | $16,895.46 |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| HMK HLTH FUND 90 | $134.40 | $1,900.80 |
| Total Pre-Tax : | $134.40 | $1,900.80 |

| Taxes | This Period | YTD |
|---|---|---|
| FEDERAL TAX | $64.24 | $973.32 |
| FICA-SOC SEC TAX | $60.22 | $929.67 |
| FICA-MEDICARE TX | $14.08 | $217.42 |
| PA STATE TAX | $29.82 | $460.35 |
| PA LOCAL TAX | $16.02 | $247.34 |
| SUTA | $0.77 | $11.81 |
| LST TAX | $2.00 | $32.00 |
| Total Taxes : | $187.15 | $2,871.91 |

| After-Tax Deductions/Deposits | This Period | YTD |
|---|---|---|
| DIRECT DEPOSIT | $756.33 | $11,678.91 |
| UNION DUES | $27.74 | $443.84 |
| Total After-Tax Pay : | $784.07 | $12,122.75 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Deposit/Payment : | $756.33 | $11,678.91 |

**Paid Time Off**

| Description | Available Hours |
|---|---|
| Vacation | 78.92 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $1,105.62 | $16,895.46 |

| Pre-Tax Deductions | | $134.40 | $1,900.80 |
|---|---|---|---|
| Federal Taxable Wages | | $971.22 | $14,994.66 |
| Social Security Taxable Wages | | $971.22 | $14,994.66 |
| Medicare (HI) Taxable Wages | | $971.22 | $14,994.66 |
| State Taxable Wages | | $971.22 | $14,994.66 |
| Local Taxable Wages | | $971.22 | $14,994.66 |
| Total Taxes | | $187.15 | $2,871.91 |
| After-Tax Deductions | | $784.07 | $12,122.75 |
| **Net Deposit/Payment** | | **$756.33** | **$11,678.91** |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| Direct deposit 1 | Checking or Money Market | $756.33 | <...0280> | Bank of America, National Association |

( < Previous PayStub )           ( Next PayStub > )

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    ( Hide Screen )    Privacy Policy | Terms and Conditions