United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-17543-ref
Yohanna Marbelys Nunez                                                                    Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Dec 22, 2016
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db              +Yohanna Marbelys Nunez,    1735 31st St. SW,    Allentown, PA 18103-6436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
            DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            JOSE C CAMPOS    on behalf of Debtor Yohanna Marbelys Nunez jc@jccamposlaw.com,
             sbennett@jccamposlaw.com
            MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
            MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yohanna Marbelys Nunez fka Yohanna Marbelys Perez-Santamaria<br><br>                    Debtor | CHAPTER 7 |
| Nationstar Mortgage LLC<br><br>                    Movant<br><br>        vs. | NO. 16-17543 REF |
| Yohanna Marbelys Nunez fka Yohanna Marbelys Perez-Santamaria<br><br>                    Debtor | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br><br>                    Trustee | |

## **ORDER**

AND NOW,  upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1735 31St Street SW, Allentown, Pa 18103 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: December 22, 2016**

_____

United States Bankruptcy Judge.